UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CURT MARTIN AND JULIE MARTIN AND
CLAIRE MARTIN AND ANDREW MARTIN,
MINORS, BY AND THROUGH THEIR NATURAL
GUARDIANS, CURT AND JULIE MARTIN                         PLAINTIFFS

VERSUS                                  CAUSE NO. 1:19-cv00172-HSO-JCG

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT, LLC,
HUNT MH PROPERTY MANAGEMENT, LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH M, AND
OTHER UNKNOWN CORPORATE ENTITIES N THROUGH Z      DEFENDANTS

## NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 45, Plaintiffs, hereby provide notice of intent to serve the Subpoena Duces Tecum attached hereto as Attachment A.

Respectfully submitted this 15th day of August, 2019.

                        RUSHING & GUICE, P.L.L.C.

                        Attorneys for Plaintiffs

BY:   */s/ Maria Martinez*
       WILLIAM LEE GUICE III MSBN 5059
       MARIA MARTINEZ MSBN 9951
       R. SCOTT WELLS MSBN 9456
       P.O. BOX 1925
       BILOXI  MS  39533-1925
       Voice: 228-374-2313   Fax: 228-875-5987
       bguice@rushingguice.com
       mmartinez@rushingguice.com
       swells@rushingguice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification of such filing to all counsel of record.

  This the 15th day of August, 2019.

                 /s/ Maria Martinez
                MARIA MARTINEZ

W:\9479\Working\P\19-0814 Notice of Issuance Atlantic Gulf Coast.docx